**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Orrandy GOODWYN, a/k/a Randy,
a/k/a White Boy, a/k/a Trash,
Defendant–Appellant.**

**No. 12–7064.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2012.

Decided: Dec. 28, 2012.

Orrandy Goodwyn, Appellant Pro Se. Jessica Aber Brumberg, Office of the United States Attorney, Richard Daniel Cooke, Laura Colombell Marshall, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orrandy Goodwyn appeals the district court's order denying, for want of jurisdiction, his motion for reconsideration of the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Goodwyn,* No. 3:96–cr–00041–JRS–8 (E.D.Va. May 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*